IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STACEY D. DYER,

     Petitioner,                No. CIV S-08-3090 KJM P

    vs.

TINA HORNBEEK,

     Respondent.             <u>ORDER</u>

_____/

         On August 14, 2008, petitioner filed a letter, asking to toll the statute of limitations to allow her to file a petition for a writ of habeas corpus; this matter was opened as Civ. No. S-08-1917 GGH. The court directed petitioner to file a petition for a writ of habeas corpus.

         On December 22, 2008, petitioner filed a petition, which was opened as a new action and assigned it this case number, Civ. No. 08-3090. It appears that the petition should have been filed in the earlier case.

/////

/////

/////

1

IT IS THEREFORE ORDERED that:

1. The Clerk of the Court is directed to remove the petition (docket no. 1) filed in this case and file it in Civ. No. S-08-1917 GGH; and

2. The Clerk of the Court is directed to close this case.

DATED: January 16, 2009.

_____
U.S. MAGISTRATE JUDGE

2
dyer3090.nnc